UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH SAVILLE,

    Plaintiff,

vs.    Case No.: 07-11362
    HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on plaintiff Deborah Saville's challenge of a final decision of defendant Commissioner denying her application for Social Security disability benefits. Both parties filed summary judgment motions which were referred to the magistrate judge for report and recommendation. On December 3, 2007, the magistrate judge issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied and defendant's motion for summary judgment be granted. Plaintiff did not file objections to that report within the established time period. The Court has reviewed the file, record, and magistrate judge's well-reasoned report and recommendation. The Court accepts the report and recommendation, and orders that summary judgment be granted for defendant and denied for plaintiff. Accordingly,

    IT IS HEREBY ORDERED that the magistrate's report and recommendation is ACCEPTED.

1

IT IS FURTHER ORDERED that the judgment enter for defendant.

SO ORDERED.

Dated: February 27, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 27, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk